UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 8:22-cv-01476-DOC-DFM | Date | July 03, 2023 |
|---|---|---|---|
| Title | Qifan Wu v. Ur M. Jaddou, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Karlen Dubon
Deputy Clerk

Not Reported
Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFF:**
None Present

**ATTORNEYS PRESENT FOR DEFENDANT:**
None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

On June 28, 2023, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 8). The Parties have failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                 -   :   -

Initials of Deputy Clerk    kdu